[Nos. 13688-4-III; 13689-2-III.   Division Three.   June 15, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. VALERIE JEAN EDLIN, AKA VALERIE J. BARTLETT, *Respondent*.

THE STATE OF WASHINGTON, *Respondent*, v. TERRY DEAN BARTLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-1-00790-9 (13688-4-III); 92-1-00791-7 (13689-2-III), John Schultheis, J., entered November 5, 1993. *Affirmed, reversed in part* and *remanded* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 13731-7-III.   Division Three.   June 15, 1995.]

TINA ORTIZ, *Respondent*, v. CITY OF SPOKANE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-01553-2, Harold D. Clarke and James M. Murphy, JJ., entered December 6, 1993. *Affirmed in part and reversed in part* by unpublished opinion per Thompson, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 13732-5-III.   Division Three.   June 15, 1995.]

*In re the Marriage of* SANDRA K. LANGLOT, *Respondent, and* JOHN E. LANGLOT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-3-02226-7, John A. Schultheis, J., entered November 23, 1993. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.